# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| CARHARTT, INC., | Case No. 21-CV-11844-RHC-CI |
| Plaintiff, | |
| | Hon. Robert H. Cleland |
| v. | |
| COSTA DEL MAR, INC., | |
| Defendant. | |

## ORDER TO EXTEND ALL DATES

This matter comes before the Court upon joint motion of counsel for all parties, wherein the parties hereby stipulated and agree as follows:

WHEREAS, The Parties are currently actively engaged in the discovery process, with both sides already having served discovery requests.

WHEREAS, pursuant to the Court's Scheduling Order, the Parties are required to file a copy of their preliminary witness list with the Court on or before November 18, 2022. (ECF No. 23, PageID. 252).

WHEREAS, however, while the Parties have been engaged in discovery thus far, given the upcoming holiday and various mandatory obligations by both the parties and their counsel over the coming weeks, the parties are unable to finalize a preliminary witness list for submission to this

Court by the November 18th deadline. The parties have agreed to a three (3) week extension to this deadline.

WHEREAS, the requested extension does not affect any other dates on the Court's Scheduling Order (ECF No. 13).

WHEREAS, thus, the Parties stipulate that the preliminary witness lists will be submitted on **December 9, 2022.**

THEREFORE, IT IS HEREBY ORDERED that the preliminary witness list be submitted to this Court on December 9, 2022.

Entered this 21st day of November, 2022.

                                                s/Robert H. Cleland
                                               The Honorable Robert H. Cleland
                                               United States District Court Judge